2009-27632
FILED
August 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001958612

LAW OFFICES OF LES ZIEVE
LES ZIEVE, ESQ.
Ca. Bar #123319
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648
(661) 588-9220
Counsel for Movant,

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Jayleon and Lisa Weidner,<br><br>    Debtor.<br>_____<br><br>Downey Savings and Loan Association, F.A., its assignees and/or successors in interest,<br><br>    Movant,<br>vs.<br><br>Jayleon and Lisa Weidner,<br>Thomas Aceituno, Trustee<br>    Respondents.<br>_____ | Case No. 09-27632<br><br>Motion No. LAZ #1<br><br>Chapter 7<br><br>**ORDER VACATING AUTOMATIC STAY**<br><br>Date: July 7, 2009<br>Time: 9:30 a.m.<br>Place: Ctrm. 35, 6th Floor<br><br>   501 I Street<br>   Sacramento, CA |

  Movant's Motion For Relief From the Automatic Stay came on for hearing at the above-referenced time and place, the HONORABLE CHRISTOPHER KLEIN, presiding. Movant appeared through its counsel. There were no other appearances.

  The Court, having considered the pleadings including the evidence attached thereto and the arguments presented, makes its Order as follows:

///

///

///

RECEIVED
July 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001958612

1

**IT IS HEREBY ORDERED** that the Automatic Stay in the above-entitled Bankruptcy case is vacated and extinguished effective immediately for all purposes as to Movant's interest in the subject property generally described as 8211 Cabochon Way, Sacramento, California and specifically described in Book 20060623, Page 0994, recorded June 23, 2006, Sacramento County, California. Movant may proceed with a foreclosure of the subject property in accordance with applicable state law. Movant may thereafter take any action allowed by state law to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED** that Movant be permitted to offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtors.

**IT IS FURTHER ORDERED** that the stay set forth in FRBP 4001 (a)(3) is waived.

Dated: August 14, 2009

United States Bankruptcy Judge

## Service List

**Jayleon and Lisa Weidner**
8211 Cabochon Way
Sacramento, CA 95829

**Gregory Flahive, Attorney**
2365 Iron Point Rd #220
Folsom, CA 95630

**Thomas Aceituno, Trustee**
PO Box 189
Folsom, CA 95763

**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

**Law Offices of Les Zieve**
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648